UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation with its principal place of business in Schaumburg, Illinois, | ) ) ) ) ) | Case No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ELECTRICITY MAINE LLC, a Maine limited liability company with its principal place of business in Auburn, Maine, | ) ) ) ) ) | |
| EMILE CLAVET, a citizen of the State of Maine | ) ) ) | |
| KEVIN DEAN, a citizen of the State of Maine, | ) ) ) | |
| SPARK HOLDCO LLC, a Maine limited liability company with its principal place of business in Auburn, Maine, | ) ) ) ) ) | |
| PROVIDER POWER LLC, a Maine limited liability company with its principal place of business in Auburn, Maine, | ) ) ) ) ) | |
| and | ) ) | |
| KATHERINE VEILLEUX and JENNIFER CHON, individually and on behalf of all others similarly situated, citizens of the State of Maine, | ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATORY JUDGMENT COMPLAINT

NOW COMES the Plaintiff, Zurich American Insurance Company ("ZAIC"), and for its Declaratory Judgment Complaint against the Defendants, Electricity Maine LLC, Emile Clavet, Kevin Dean, Spark Holdco LLC, Provider Power LLC, and Katherine Veilleux and Jennifer Chon, individually and on behalf of all others similarly situated, states as follows:

1. ZAIC is a New York corporation engaged in the insurance business with a statutory home office in New York, New York and its principal place of business in Schaumburg, Illinois. ZAIC is authorized to transact business and has transacted business in the State of Maine.

2. ZAIC is the ultimate successor, through mergers, to Assurance Company of America.

3. Electricity Maine LLC is a Maine limited liability company with its principal place of business in Auburn, Maine.

4. Emile Clavet is a citizen of the State of Maine.

5. Kevin Dean is a citizen of the State of Maine.

6. Spark Holdco LLC is a Maine limited liability company with its principal place of business in Auburn, Maine.

7. Provider Power LLC is a Maine limited liability company with its principal place of business in Auburn, Maine.

8. Katherine Veilleux and Jennifer Chon, and all others similarly situated in their Class Action against the foregoing five Defendants, are citizens of the State of Maine.

9. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332, in that the matter in controversy exceeds the sum or value of $75,000, and is between citizens of different States.

10. Venue is properly laid in this Court pursuant to 28 U.S.C. § 1391, in that the Defendants reside in the District of Maine and a substantial part of the events or omissions giving rise to the action occurred in the District of Maine.

11. On or about November 18, 2016 a Class Action Complaint was filed in this Court by Katherine Veilleux and Jennifer Chon, individually and on behalf of all others similarly situated, against Electricity Maine LLC, Emile Clavet, Kevin Dean, Spark Holdco LLC, and Provider Power LLC, (the "Class Action"). The Class Action is docketed as Case No. 1:16-cv-571-NT.

12. Assurance Company of America issued to Electricity Maine LLC, effective from 11/01/2011 to 11/01/2012, a commercial insurance policy, No. PAS 04961118, including commercial general liability coverage and a commercial umbrella policy.

13. At the request of Electricity Maine LLC, Assurance Company of America non-renewed Policy No. PAS 04961118 on April 25, 2012.

14. Thereafter, through mergers, ZAIC succeeded to the rights and responsibilities of Assurance Company of America with respect to Policy No. PAS 04961118.

15. Farmers Insurance Exchange is administering the Class Action claim on behalf of ZAIC.

16. The Defendants in the Class Action have tendered to Farmers Insurance Exchange the defense of the Class Action.

17. ZAIC has no obligation to defend, and has declined to undertake the defense of, the Defendants in the Class Action, for reasons including but not necessarily limited to the following:

   a. The Class Action Complaint does not allege "bodily injury," as that term is defined in the ZAIC policy.

   b. The Class Action Complaint does not allege "property damage," as that term is defined in the ZAIC policy.

   c. The Class Action Complaint does not allege "personal and advertising injury," as that term is defined in the ZAIC policy.

   d. The Class Action Complaint does not allege an "occurrence," as that term is defined in the ZAIC policy.

   e. Any duty to defend is eliminated by Coverage A Exclusion (a) for "Expected or Intended Injury."

   f. Any duty to defend is eliminated by Coverage A Exclusion (b) for "Contractual Liability."

   g. Any duty to defend is eliminated by Coverage B Exclusion (a).

   h. Spark Holdco LLC and Provider Power LLC are not "insureds," as that term is defined in the ZAIC policy.

   i. The Defendants in the Class Action failed to comply with their "Duties in the Event of Occurrence, Offense, Claim or Suit," as specified in Section IV, the Commercial General Liability Conditions of the ZAIC policy.

WHEREFORE the Plaintiff, Zurich American Insurance Company, prays the Court pursuant to 28 U.S.C. § 2201 for a judgment declaring that the Plaintiff has no duty to defend Electricity Maine LLC, Emile Clavet, Kevin Dean, Spark Holdco LLC, or Provider Power LLC, in the Class Action; and for such additional relief as may be appropriate under the circumstances.

DATED at Portland, Maine this 3rd day of May, 2017.

/s/ John S. Whitman
John S. Whitman
Attorney for Zurich American Insurance Company

Richardson, Whitman, Large & Badger
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com