UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>ELECTRICITY MAINE, et al., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:17-cv-00165-NT |

## JUDGMENT

In accordance with the Order on Cross-Motions for Summary Judgment, issued on September 7, 2018 by U.S. Chief District Judge Nancy Torresen, JUDGMENT is hereby entered for Electricity Maine LLC, Emile Clavet, Kevin Dean and Spark Holdco LLC, against Zurich American Insurance Company, on the declaratory judgment complaint and on the counterclaims.

In accordance with the Order, issued on September 18, 2018 by U.S. Chief District Judge Nancy Torresen, Judgment of Dismissal is hereby entered for defendants Katherine Veilleux and Jennifer Chon.

                                                      Christa K. Berry
                                                      Clerk of Court

By:

                                                      /s/ Melody Whitten
                                                      Melody Whitten
                                                      Deputy Clerk

Dated: September 19, 2018